| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Yock, Robert J. | 2. Court or Organization U. S. Court of Federal Claims | 3. Date of Report 05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

National Courts Bldg.
717 Madison Pl., NW
Washington, DC 20439

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Fairfax County, VA School District, Retirement Annuity |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Association | 3/23/2013 | NYC, New York | Judges' Dinner | Transportation, food, lodging for seminar |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dominion Resources | D | Dividend | M | T | | | | | |
| 2. Target | C | Dividend | M | T | | | | | |
| 3. Ford Motor | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 4. Altria Group | A | Dividend | J | T | | | | | |
| 5. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 6. Columbia Seligman Comm & Info Fund (MP) | A | Dividend | K | T | | | | | |
| 7. Corning, Inc. | A | Dividend | J | T | | | | | |
| 8. Teco, Inergy, Inc. | A | Dividend | | | Sold | 12/03/13 | J | B | |
| 9. Sinclair Broadcast Group | A | Dividend | K | T | | | | | |
| 10. Fairfax Co. Bonds (VA) | A | Interest | J | T | | | | | |
| 11. General Mills | A | Dividend | J | T | | | | | |
| 12. Bank of America, Annandale, VA | A | Interest | J | T | | | | | |
| 13. VALIC TSA (S) | C | Dividend | M | T | | | | | |
| 14. Navy Fed. Credit Union, Arlington, VA | A | Interest | K | T | | | | | |
| 15. VA Commerce Bank, Annandale, VA | A | Interest | K | T | | | | | |
| 16. AM Funds, Growth Fund of America (ML) | A | Dividend | L | T | | | | | |
| 17. Kraft Foods, Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Yock, Robert J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Online Vacation CTR Corp. | A | Dividend | J | T | | | | | |
| 19. Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 20. Cole Credit Property Trust II | A | Dividend | K | T | | | | | |
| 21. Prudential Annuity ASXTG | D | Interest | M | T | | | | | |
| 22. Cole Credit Property Trust III | A | Dividend | K | T | | | | | |
| 23. Vanguard Mid-Cap Growth Index MF | A | Dividend | K | T | | | | | |
| 24. Vanguard SM Cap Growth | A | Dividend | K | T | | | | | |
| 25. Apple Inc. C/S | A | Dividend | K | T | | | | | |
| 26. Deckers Outdoor Corp C/S | A | Dividend | J | T | | | | | |
| 27. Oppenheimer Int'l Bond (MF) | A | Dividend | J | T | | | | | |
| 28. Oppenheimer Dev. MKTs FD (MF) | A | Dividend | K | T | | | | | |
| 29. UTS ADT High 80 (MF) | C | Dividend | | | Sold | 05/15/13 | K | A | |
| 30. DWS Man Muni Bond (MF) | B | Dividend | | | Sold | 12/02/13 | K | A | |
| 31. Transamerica Asset (MF) | B | Dividend | K | T | | | | | |
| 32. Abbot Labs C/S | A | Dividend | J | T | | | | | |
| 33. Allergan C/S | A | Dividend | J | T | | | | | |
| 34. Cognizant Tech Solutions C/S | A | Dividend | | | Sold | 05/02/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fackset Research Systems C/S | A | Dividend | J | T | | | | | |
| 36. Google C/S | A | Dividend | J | T | | | | | |
| 37. Intuitive Surgical | A | Dividend | | | Sold | 07/12/13 | J | A | |
| 38. Intuit C/S | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 39. Mastercard C/S | A | Dividend | J | T | | | | | |
| 40. Microsoft C/S | A | Dividend | | | Sold | 01/30/13 | J | A | |
| 41. Oracle C/S | A | Dividend | J | T | | | | | |
| 42. T. Rowe Price Group C/S | A | Dividend | J | T | | | | | |
| 43. Qualcomm C/S | A | Dividend | J | T | | | | | |
| 44. Starbucks C/S | A | Dividend | J | T | | | | | |
| 45. Nike C/S | A | Dividend | J | T | | | | | |
| 46. Global Telecom & Tech Inc C/S | A | Dividend | J | T | | | | | |
| 47. Chevron C/S | A | Dividend | K | T | | | | | |
| 48. Unit AAM 1416H 80 | A | Dividend | K | T | | | | | |
| 49. Touchstone Sands | A | Dividend | K | T | | | | | |
| 50. Clearbridge Energy LP | B | Dividend | K | T | | | | | |
| 51. WW Grainger C/S | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mondelez Int'l Inc | A | Dividend | J | T | | | | | |
| 53. SPDR Gold | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 54. Unit AAM En. Eq. Inc. 2013 4 Q | A | Dividend | K | T | Buy | 11/26/13 | K | | |
| 55. Dingeo PLC SPON ADR New (DEO) | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 56. Grupo Televisa S.A. Global Dep (TV) | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 57. Siemens Aktchft (SI) | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 58. Vodafone 6P PLS (VOD) | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 59. Brandes Int'l SC (BISMX) | A | Dividend | K | T | Buy | 11/26/13 | K | | |
| 60. Unit AAM Peroni Growth Aut. 2013 | A | Dividend | K | T | Buy | 11/26/13 | K | | |
| 61. Unit AAM Strategic High 80 Div (2013-2QF) | A | Dividend | K | T | Buy | 05/10/13 | K | | |
| 62. Automatic Data Processing Inc. (ADP) | A | Dividend | J | T | Buy | 08/26/13 | J | | |
| 63. Ebay (EBAY) | A | Dividend | J | T | Buy | 05/01/13 | J | | |
| 64. Facebook Res. Sys. Inc. (FDS) | A | Dividend | J | T | Buy | 07/30/13 | J | | |
| 65. Fastenal Co. (FAST) | A | Dividend | J | T | Buy | 02/15/13 | J | | |
| 66. Gartner Inc. (IT) | A | Dividend | J | T | Buy | 01/24/13 | J | | |
| 67. Mastercard Inc.(MA) | A | Dividend | J | T | Buy | 09/04/13 | J | | |
| 68. Nike Inc. | A | Dividend | J | T | Buy | 01/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TJX Cos, Inc. (TJX) | A | Dividend | J | T | Buy | 12/02/13 | J | | |
| 70. VISA Inc. UA (V) | A | Dividend | J | T | Buy | 02/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. Yock**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544